IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARRIE QUARLES,**<br>        **Plaintiff,**<br><br>v.<br><br>**POLLIN/MILLER HOSPITALITY STRATEGIES, INC. d/b/a MODUS HOTELS BY PM GROUP, et al.,**<br>        **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  24CV1027** |

## O R D E R

**AND NOW**, this 6th day of August, 2024, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 14), and Plaintiff's opposition thereto (ECF No. 15), it is **HEREBY ORDERED** that the Motion is **GRANTED**.  Counts I and III of the Amended Complaint, and the portions of Count IV alleging hostile work environment and retaliation, are **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:


/S/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**